UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

IN THE MATTER OF THE AFFIDAVIT,   ) NO.  2: /4/ mj /7
COMPLAINT AND ARREST              )
WARRANT CONCERNING:               )
                                  )
                                  )
Jerry Berry and Joshua Berry      )
                                  )
                                  )
                                  )
                                  )

FILED
ASHEVILLE, N.C.

OCT 0 2 2014

U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER SEALING COMPLAINT, ARREST WARRANT, AND AFFIDAVIT

UPON MOTION of the United States of America, by and through Anne M. Tompkins,

United States Attorney for the Western District of North Carolina, for an order directing that the

Complaint, Arrest Warrant, and Affidavit concerning the above, and the Motion to Seal and this

Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter

until further order of this court,

**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrant, and Affidavit

concerning the above, and the Motion to Seal and this Order be sealed until further order of this

court.

The Clerk is directed to certify copies of this Order to the United States Attorney's

Office.              This 2nd day of October, 2014.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA