UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

IN THE MATTER OF THE AFFIDAVIT, ) NO. 2:14-mj-17-DLH
COMPLAINT AND ARREST )
WARRANT CONCERNING: )
)
Jerry Berry and Joshua Berry )
)
)
_____ )

## ORDER UNSEALING COMPLAINT, ARREST WARRANT, AND AFFIDAVIT

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Arrest Warrant, and Affidavit concerning the above, be unsealed.

**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrant, and Affidavit concerning the above be unsealed.

This 3rd day of October, 2014.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA